UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-259-F2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| EDGARDO BARRON-ESPINOSA, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's letter [DE-53]. It appears this letter may be a motion to withdraw his guilty plea, but the letter does not make that clear. Accordingly, the Defendant is DIRECTED to notify the court **on or before January 20, 2014** of the precise relief he is seeking from the court. Specifically, the Defendant (or counsel) should advise the court of the following issues:

1. Is the letter a motion to withdraw his guilty plea?

2. If not, what relief is he seeking from the court?

The Clerk of Court is DIRECTED to forward a copy of this letter to defense counsel and the United States Attorney assigned to this matter.

SO ORDERED.

This the __18__ day of December, 2013.

_____
JAMES C. FOX
Senior United States District Judge