UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE No: 5:13-CR-259-2F

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>EDGARDO BARRON-ESPINOSA, )<br>)<br>Defendant. ) | ORDER CONTINUING SENTENCING<br>AND EXTENDING DEADLINE TO OBJECT<br>TO PRESENTENCE INVESTIGATION<br>REPORT |

This matter is before the Court on motion of Defendant to extend his deadline to object to the Presentence Investigation Report and to continue the sentencing in the above case presently scheduled for March 10, 2014 in Wilmington. The case is hereby CONTINUED to April 28, 2014, in Wilmington, North Carolina. The Defendant must file his objections to the Presentence Investigation Report on or before March 12, 2014.

This 21st day of February, 2014.

_James C. Fox_
U.S. DISTRICT COURT JUDGE