UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-259-F2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDGARDO BARRON-ESPINOSA, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. In light of counsel's response to Espinosa's letter [DE-59], the court appears to have erroneously construed Espinosa's letter [DE-53] as a "motion for relief." Solely in an effort to clear the docket sheet, the court deems counsel's response as a withdrawal of the "motion for relief" [DE-53] and the Clerk of Court is DIRECTED to terminate the motion.

SO ORDERED.

This the __17__ day of July, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge