## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### No. 5:13-CR-00259-F-2

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDGARDO BARRON-ESPINOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Edgardo Barron-Espinosa's motion for authorization of expert funds [DE-117]. Counsel represents that the interpreter services in this case exceeded the statutory maximum of $800.

Under the CJA Guidelines, the presiding judge may, in the interest of justice, authorize funds in excess of $800 if the judge finds that timely procurement of necessary services could not await prior authorization. CJA Guidelines § 310.20.30. Because counsel did not receive prior authorization, he must establish that timely procurement of necessary services could not await prior authorization. The guidelines also list information that must be provided in a claim for services other than counsel. *Id.* at § 310.40. These guidelines can be found at http://www.uscourts.gov/FederalCourts/AppointmentOfCounsel/CJAGuidelinesForms/vol7Part A/vol7PartAChapter3.aspx#310.

In the motion, counsel did not include facts showing that timely procurement of necessary services could not await prior authorization, nor did he attach a claim for services. Accordingly, Barron-Espinosa's motion for authorization of expert funds [DE-117] is DENIED without prejudice to re-file. Counsel should review the CJA guidelines and ensure that the

motion includes all the appropriate information, including that required by § 310.40. Counsel's motion should also include a proposed order that follows a modified format of the standard form on the CJA guidelines website. *See* CJA Guidelines § 310.20.20 ("Appx 3A (Sample Request for Advance Authorization for Investigative, Expert, or Other Services)").

SO ORDERED.

This the **2 4** day of September, 2014.

James C. Fox
JAMES C. FOX
Senior United States District Judge