IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-259-2F
No. 5:13-CR-259-3F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| EGARDO BARRON-ESPINOSA | ) | |
| ALBERTO RODRIGUEZ TREJO | ) | |

At the direction of the Court, and for the continued efficient administration of justice, this case is reassigned to the Honorable Terrence W. Boyle, Chief United States District Judge, for all further proceedings. **All future documents should reflect the revised case numbers of 5:13-CR-259-2BO and 5:13-CR-259-3BO.**

SO ORDERED. This the 4th day of December, 2020.

/s/ Peter A. Moore, Jr.
Clerk of Court